| | AUSA: | Zachary Zurek | Telephone: | (313) 226-9100 |
|---|---|---|---|---|
| | Special Agent: | Matthew Schuff | Telephone: | (313) 965-2323 |

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America

    v.

Joshua STILMAN

Case: 2:25–mj–30584
Assigned To : Unassigned
Assign. Date : 9/15/2025
Description: USA V SEALED

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____December 2024 to March 2025_____ in the county of _____Oakland_____ in the _____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(d) | Interstate communications of a threat to extort |
| 18 U.S.C. §2261A(2) | Cyberstalking |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Matthew Schuff, Special Agent (FBI)
_____
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____September 16, 2025_____

City and state: __Detroit, Michigan__

_____
Judge's signature

Hon. Elizabeth A. Stafford, U.S. Magistrate Judge
_____
Printed name and title

Case: 2:25-mj-30584
Assigned To : Unassigned
Assign. Date : 9/15/2025
Description: USA V SEALED

Case 2:25-cr-20757-MFL-APP   ECF No. 1, PageID.2   Filed 09/16/25   Page 2 of 6

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Matthew Schuff, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the Federal Bureau of Investigation, Detroit Division, Oakland County Resident Agency, and have been employed as such for over 16 years. During my career I have been involved in a various federal criminal investigations to include violent crimes, fraud/identity theft, gang investigations and interstate threats. I attended law enforcement training at the FBI Academy in Quantico, Virginia, where I received training in the investigations of violations of federal law, include the offenses discussed below. During the course of my training and involvement in these investigations, I have utilized investigative techniques such as executing search warrants on email content providers and social media platforms.

2.      I am an "investigative or law enforcement officer" within the meaning of 18 U.S.C. § 2510; that is, an officer of the United States of America who is empowered to investigate and make arrests for offenses alleged in this warrant.

3.      Based on the facts set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. § 875(d) (Interstate Communications of a Threat to Extort) and 18 U.S.C. § 2261A(2) (Cyberstalking) have been committed by and/or will be committed by JOSHUA STILMAN.

### FACTS ESTABLISHING PROBABLE CAUSE

4.      In March 2025, I received information from the FBI Portland Field Office that Adult Victim 1 (V-1) received a direct message on Instagram from a user that went by the handle "FriendBlender" that contained artificial intelligence (AI) generated nude images of V-1 and other unknown women. V-1, a social media influencer with close to 100,000 Instagram followers at the time, generally did not respond. But on one occasion she replied

with a message along the lines of "you made me look better than I actually do" in what she believed was an attempt to disarm him with humor. The messages stopped for a little while, however picked back up several months later and became more vulgar in nature. Some of FriendBlender's escalating threats included what V-1 perceived to be threat to release the AI generated pornographic photos of V-1 to the public if V-1 did not respond to FriendBlender's messages.

5.      Around March 2025, after a period of not responding to FriendBlender's messages, FriendBlender's sent V-1 received a Google Album link with messages such as "you weren't responding" and "I'm gonna buttf*** you one day" along with other vulgar messages:

YESTERDAY 1:18 PM

Can you play along though?

Easiest way to get rid of me lol

5:50 AM

https://photos.app.goo.gl/


You weren't responding... 😕

I'm gonna buttfuck you one day.
And I've got a BIG dick so I'll hit it
deep.

You'll have a swollen colon.

**You restricted friendblender**
They can't see when you're online or when you've read thei

6.      The Google Album link contained what V-1 described as additional AI generated nude photos of V-1. V-1 discovered that the display name associated with the Google Album link was "JOSH STILMAN." V-1 researched her own Instagram account for

followers and noticed there was a JOSH STILMAN that followed her account that used the Instagram handle, "ThisDIYGuy." V-1 noticed STILMAN had previously messaged her using the ThisDIYGuy account back in 2021.

7. V-1 reported that she performed a Google search of the name JOSH STILMAN and located other social media accounts belonging to STILMAN.

8. In March 2025, V-1 messaged STILMAN and asked him, "Does your wife know you are messaging me" which immediately prompted the FriendBlender and ThisDIYGuy accounts to block V-1. According to V-1, STILMAN also deleted the Google Album he previously sent to V-1 and took down his LinkedIn page around the same time.

9. V-1 took screen shots and video recorded the above messages she received from FriendBlender before she was blocked from his account. V-1 provided the images and video recordings to the FBI for review.

10. V-1 stated she has been in contact with additional women through social media who claimed to have knowledge of other women being similarly threatened by STILMAN going back to 2019 or 2020. V-1 noted the words used in the threats against the other women were similar in verbiage to those she received from the FriendBlender account.

11. For example, another potential adult victim (V-2) told V-1 that STILMAN previously posted pornographic videos of V-2 without her consent on an adult pornographic website. V-2 told V-1 that STILMAN posted nude photos of other women without their consent as well. I was able to locate a police report confirming that V-2 reported this incident to her local police department.

12. The FBI in Portland located a possible match for a JOSH STILMAN, DOB XX/XX/1989, with addresses in Metro Detroit to include Farmington Hills, Michigan. A comparison of the Michigan driver's license photo for STILMAN with his Instagram profile picture appeared to be the same person.

13.     The above complaint was referred to the FBI Detroit for further investigation and to verify STILMAN's address and identity. Local police database checks showed several police contacts including a bench warrant on a traffic offense out of Romulus and a mental health check call to Livonia Police Department in April 2024. In addition to a Farmington Hills address, STILMAN was more recently associated with a home address in Commerce, Michigan in the Livonia police report. FBI surveillance in 2025 also confirmed STILMAN at his residence in Commerce.

14.     I obtained a search warrant for STILMAN's Instagram accounts. I verified that JOSH STILMAN was the subscriber of both the FriendBlender and ThisDIYGuy accounts. Additionally, messages, images and threats consistent with those described by V-1 were located in the FriendBlender account records.

15.     For example, records from the Instagram search warrant return show the following: On March 4, 2025, STILMAN, via the FriendBlender account, sent V-1 what appear to be multiple AI-generated images of her person. One of the images was of V-1 with a white substance on her face. Accompanying that image, at 10:14:27 (UTC), STILMAN wrote, "Btw do you like this one with the cum on your face?"

16.     On March 4, 2025, at 12:21:01 (UTC), STILMAN wrote "I don't know if it's flattering to hear, but I have jacked off to you so many times[.]" STILMAN then sent two additional AI-generated images of V-1, including one of her face with the caption, "I will drain your balls," and one of V-1 topless.

17.     Between March 4 and March 5, 2025, STILMAN sent V-1 six additional images that appear to be AI-generated images of V-1, including V-1 nude and engaged in sex acts. On the same dates, STILMAN sent V-1 numerous messages that received no response, or very short responses from V-1. One of V-1's responses to STILMAN, on March 4, 2025, at 15:43:36 (UTC), was "I look better in AI lol," corroborating V-1's prior statement that on

one occasion she replied with a message along the lines of "you made me look better than I actually do" in an attempt to disarm STILMAN with humor.

18. On March 5, 2025, at 20:08:09 (UTC), STILMAN sent the following message to V-1: "I wish you'd respond to some of my questions. I really don't want to resort to posting things online. I have much more than you've seen. I'm really not trying to offend you either. I jack off to you every day, I just want to know what you like. I'm not going to expect you to talk to me everyday or even that often. But I want to know some naughty things about you."

19. According to the screenshots V-1 provided to the FBI, after receiving the above message from STILMAN, V-1 responded, "[d]on't threaten me." V-1 reported that she made several lifestyle changes in response to STILMAN's threats, including removing her address from her public website, worrying about the safety of her family, and carrying a weapon with her.

20. I also obtained a Google search warrant for STILMAN's Google Drive account. STILMAN's web history contained many searches and visits to websites that are used to create AI-generated pornography.

## CONCLUSION

21. Based on the foregoing, there is probable cause that JOSHUA STILMAN, has violated 18 U.S.C. § 875(d) (Interstate Communications of a Threat to Extort) and 18 U.S.C. § 2261A(2) (Cyberstalking).

Respectfully submitted,

_Matthew C. Schuff_

Matthew Schuff
Special Agent
Federal Bureau of Investigation

Sworn to before me in my presence
and/or by reliable electronic means

_Elizabeth A. Stafford_

Hon. Elizabeth A. Stafford
United States Magistrate Judge