UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                  Case No. 25-cr-20757

v.                               Hon. Matthew F. Leitman

JOSHUA STILMAN,

    Defendant.

_____/

## <u>ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE</u>

**IT IS HEREBY ORDERED** that the condition of pretrial release prohibiting

Defendant from using or possessing use (as opposed to distribution) amounts of

marijuana is **DELETED**.  All other conditions of pretrial release, including all other

prohibitions against use or possession of controlled substances, remain in place.

    **IT IS SO ORDERED.**

                          s/Matthew F. Leitman
                          MATTHEW F. LEITMAN
                          UNITED STATES DISTRICT JUDGE

Dated:  April 28, 2026

I hereby certify that a copy of the foregoing document was served upon the parties
and/or counsel of record on April 28, 2026, by electronic means and/or ordinary
mail.

                          s/Holly A. Ryan
                          Case Manager
                          (313) 234-5126